IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Leo McClam, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 3:07-3341-TLW-JRM |
| vs. | ) | |
| | ) | |
| Ms. NFN Wetstone, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

On October 5, 2007, the plaintiff filed the instant *pro se* action pursuant to 42 U.S.C. § 1983. (Doc. #1). On October 31, 2007, Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned, issued a Report and Recommendation, recommending the Court dismiss the complaint without prejudice and without issuance and service of process, and further recommends that plaintiff's application to proceed without prepayment of fees be denied and he be required to pay the filing fee. (Doc. #7). The plaintiff has not objected to the Report and Recommendation filed by the Magistrate Judge. Objections were due November 20, 2007.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #7) and the plaintiff's complaint dismissed without prejudice and denied waiver of the filing fee.

**IT IS SO ORDERED**.

                                                             S/Terry L. Wooten

                                                             Terry L. Wooten
                                                             United States District Judge

June 6, 2008
Florence, South Carolina